

# Fourth Court of Appeals
## San Antonio, Texas

May 16, 2013

No. 04-11-00739-CV

Robert **VALDEZ**, Individually and as Administrator of the Estate of  Pierre V. Bernard deceased and Fidelity and Casualty Company of New York,
Appellants

v.

David **HOLLENBECK**, individually and as the successor administrator of the Estate of Pierre V. Bernard, deceased, Will Francis Baron, John Bernard Baron, Bernard Rae Bernard Box, Daryl Bernard, Marcus Bernard, Barbara Streff Grachek, Pam Streff Myers, Steve Streff, Scott Streff, Yvonne Baron Fischer, Elizabeth Lamar, Kelly Lamar Loeffelholz, Jeanne Mary Lamar, John Lamar, David Lamar, Greg Lamar, Chris Lamar, Eric Lamar, Robert Rogers, Dana Rogers, John Rogers, individually, and Dana Rogers and Sherrie Ann Grogan, in their capacity
Appellees

From the Probate Court No 1, Bexar County, Texas
Trial Court No. 2006-PC-3799
Honorable Polly Jackson Spencer, Judge Presiding

## O R D E R

Appellant Robert A. Valdez's Motion for Extension of Time to File Motion for Rehearing is GRANTED.  The motion for rehearing is due on June 10, 2013.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of May, 2013.

_____
Keith E. Hottle
Clerk of Court